| | |
|---|---|
| 1 | RONALD K. ALBERTS (SBN 100017) |
|   | ralberts@gordonrees.com |
| 2 | GORDON & REES LLP |
|   | 633 West Fifth Street, Suite 4900 |
| 3 | Los Angeles, CA  90071 |
|   | Telephone: (213) 576-5000 |
| 4 | Facsimile:  (213) 680-4470 |
| 5 | TAD A. DEVLIN (SBN 190355) |
|   | tdevlin@gordonrees.com |
| 6 | LESLIE K. CRARY (SBN 148260) |
|   | lcrary@gordonrees.com |
| 7 | GORDON & REES LLP |
|   | 275 Battery Street, Suite 2000 |
| 8 | San Francisco, CA  94111 |
|   | Telephone: (415) 986-5900 |
| 9 | Facsimile:  (415) 986-8054 |
| 10 | Attorneys for Defendants |
|    | AETNA LIFE INSURANCE COMPANY, and |
| 11 | AETNA HEALTH OF CALIFORNIA, INC., |
| 12 | HUGO N. GERSTL (SBN 37927) |
|    | Hugo@gerstlandhudson.com |
| 13 | GERSTL & HUDSON |
|    | 2460 Garden Road, Suite C |
| 14 | Monterey, CA  93940 |
|    | Telephone: (831) 649-0669 |
| 15 | Facsimile:  (831) 649-8007 |
| 16 | Attorneys for Plaintiff |
|    | DAVID GARBER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID GARBER, | ) | CASE NO. C10-00456 |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT, MOVING CMC AND RELATED DATES** |
| AETNA, INC., a Delaware corporation, AETNA LIFE INSURANCE COMPANY, a Delaware corporation, AETNA HEALTH, INC. a Connecticut corporation, AETNA HEALTH OF CALIFORNIA, INC., a California corporation, and DOES 1-10, inclusive, | ) ) ) ) ) ) ) | |
| | ) | Complaint Filed:  February 1, 2010 |
| | ) | Trial Date:  None Set |
| Defendants. | ) ) | |

---

STIPULATION AND [PROPOSED] ORDER FURTHER
EXTENDING TIME  TO RESPOND TO COMPLAINT                    CASE NO. C10-00456 PVT

The parties hereby stipulate as follows:

WHEREAS the parties, through their respective counsel, have been meeting and conferring about whether it is possible to settle this action;

WHEREAS, Defendants anticipate that if this action is not informally resolved, it may be appropriate to file a motion to dismiss or other motion, rather than an answer, as their initial responsive pleading;

WHEREAS Defendants' response to the Complaint filed by Plaintiff in this action is currently due April 5, 2010. The parties agree that Defendants' response is extended until May 3, 2010 to enable ongoing settlement discussions and gathering of information for further evaluation.

WHEREAS the parties anticipate that settlement discussions will be disrupted if Respondents must prepare a responsive pleading, including a motion to dismiss, before those discussions are concluded;

WHEREAS the parties agree to, and request the Court, continue initial Case Management Conference ("CMC") from May 4, 2010 to June 4, 2010, and correspondingly, the last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file CMC Statement shall be continued from April 27, 2010 to May 28, 2010; and the last day for the parties to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan; file ADR Certification; and file either stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be continued from April 13, 2010 to May 14, 2010.

IT IS SO STIPULATED.

DATED: April 12, 2010                                   GORDON & REES LLP

                                                        /s/ Tad A. Devlin
                                                    By_____
                                                        Ronald K. Alberts
                                                        Tad A. Devlin
                                                        Leslie K. Crary
                                                        Attorneys for Defendants
                                                        AETNA LIFE INSURANCE
                                                        COMPANY, and AETNA HEALTH
                                                        OF CALIFORNIA, INC.

1
2  DATED:  April 12, 2010                    GERSTL & HUDSON
3                                                      /s/  Hugo N. Gerstl
                                              By_____
4                                                 Hugo N. Gerstl
                                                  Attorneys for Plaintiff
5                                                 DAVID GARBER
6
7      I, TAD A. DEVLIN, hereby attest that HUGO N. GERSTL, counsel for plaintiff, concurs in the filing of this Stipulation.
8  DATED:  April 12, 2010                          /s/  Tad A. Devlin
                                              By_____
9                                                 Tad A. Devlin
10
11
12     **IT IS SO ORDERED** that the above schedule of dates stipulated by the parties is approved.
13  DATED:  April *13*, 2010
14
                                              _____
15                                               Honorable Patricia Trumbull
16
17
18
19
20
21
22
23
24
25
26
27
28