1  RONALD K. ALBERTS (SBN 100017)
   ralberts@gordonrees.com
2  GORDON & REES LLP
   633 West Fifth Street, Suite 4900
3  Los Angeles, CA 90071
   Telephone: (213) 576-5000
4  Facsimile: (213) 680-4470

5  TAD A. DEVLIN (SBN 190355)
   tdevlin@gordonrees.com
6  LESLIE K. CRARY (SBN 148260)
   lcrary@gordonrees.com
7  GORDON & REES LLP
   275 Battery Street, Suite 2000
8  San Francisco, CA 94111
   Telephone: (415) 986-5900
9  Facsimile: (415) 986-8054

10 Attorneys for Defendants
   AETNA LIFE INSURANCE COMPANY, and
11 AETNA HEALTH OF CALIFORNIA, INC.,

12 HUGO N. GERSTL (SBN 37927)
   Hugo@gerstlandhudson.com
13 GERSTL & HUDSON
   2460 Garden Road, Suite C
14 Monterey, CA 93940
   Telephone: (831) 649-0669
15 Facsimile: (831) 649-8007

16 Attorneys for Plaintiff
   DAVID GARBER
17

                    UNITED STATES DISTRICT COURT
18
                    NORTHERN DISTRICT OF CALIFORNIA
19

20 DAVID GARBER,                              )  CASE NO. C10-00456
                          Plaintiff,          )
21       v.                                   )  **STIPULATION AND ORDER**
                                              )  **FURTHER EXTENDING TIME**
22 AETNA, INC., a Delaware corporation,       )  **TO RESPOND TO COMPLAINT;**
   AETNA LIFE INSURANCE COMPANY, a            )  **AS MODIFIED BY THE COURT**
23 Delaware corporation, AETNA HEALTH, INC.   )  **TO ALSO CONTINUE THE CASE**
   a Connecticut corporation, AETNA HEALTH    )  **MANAGEMENT CONFERENCE**
24 OF CALIFORNIA, INC., a California          )
   corporation, and DOES 1-10, inclusive,     )
25                                            )
                          Defendants.         )
26 _____    )

27

28
                                       1
   ──────────────────────────────────────────────────────────────────
   STIPULATION AND ORDER FURTHER                CASE NO. C 10-00456 PVT
   EXTENDING TIME TO RESPOND TO COMPLAINT

1
2    The parties hereby stipulate as follows:
3    WHEREAS the parties, through their respective counsel, have been meeting and
4 conferring about whether it is possible to settle this action;
5    WHEREAS, Defendants anticipate that if this action is not informally resolved, it may be
6 appropriate to file a motion to dismiss or other motion, rather than an answer, as their initial
7 responsive pleading;
8    WHEREAS Defendants' response to the Complaint filed by Plaintiff in this action is
9 currently due May 3, 2010.  The parties agree that Defendants' response is extended until Jun 2,
10 2010 to enable ongoing settlement discussions and gathering of information to continue for
11 further evaluation.
12    WHEREAS the parties anticipate that settlement discussions will be disrupted if
13 Respondents must prepare a responsive pleading, including a motion to dismiss, before those
14 discussions are concluded;
15    THE PARTIES HEREBY STIPULATE, by and through their respective counsel, that
16 Defendants' time to respond to Plaintiff's Complaint is extended up to and including June 2,
17 2010.

18 DATED:  April 30, 2010                         GORDON & REES LLP

19                                                  /s/  Leslie K. Crary
20                                    By_____
                                          Ronald K. Alberts
21                                          Tad A. Devlin
                                          Leslie K. Crary
22                                          Attorneys for Defendants
                                          AETNA LIFE INSURANCE
23                                          COMPANY, and AETNA HEALTH
                                          OF CALIFORNIA, INC.
24

25 DATED:  April 30, 2010                         GERSTL & HUDSON

26                                                  /s/  Hugo N. Gerstl
27                                    By_____
                                          Hugo N. Gerstl
28                                          Attorneys for Plaintiff

STIPULATION AND ORDER FURTHER                           CASE NO. C 10-00456  PVT
EXTENDING TIME  TO RESPOND TO COMPLAINT

Case 5:10-cv-00456-JF   Document 16   Filed 05/03/10   Page 3 of 3

DAVID GARBER

I, LESLIE K. CRARY, hereby attest that HUGO N. GERSTL, counsel for plaintiff, concurs in the filing of this Stipulation.

DATED: April 30, 2010

By /s/ Leslie K. Crary
_____
Leslie K. Crary

**IT IS SO ORDERED.** Also, the CMC is continued to 2:00 p.m. on June 29, 2010.

DATED: __4/30___, 2010

_____
United States Magistrate Judge

3
STIPULATION AND ORDER FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT        CASE NO. C 10-00456 PVT