Hugo N. Gerstl, CSB #037927
GERSTL & HUDSON
2460 Garden Road, Suite C
Monterey, CA 93940
Telephone: (831) 649-0669
Facsimile: (831) 649-8007
E-mail: Hugo@gerstlandhudson.com
Attorney for: Plaintiff

RECEIVED
2010 JUL 30 P 1: 39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA.-SAN JOSE

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| DAVID GARBER, | Plaintiff | CASE NO. C10-00456-PVT |
|---|---|---|
| Vs. | | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| AETNA, INC., etc., et al., | Defendants. | |

Plaintiff having voluntarily requested Dismissal of this case without prejudice and GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that this case be and the same is DISMISSED without prejudice.

Dated: 8/3 2010.

_____
UNITED STATES DISTRICT JUDGE

ORDER RE DIMISSAL ENTERED

Dated: _____, 2010

_____
CLERK OF THE U.S. DISTRICT COURT

**PROOF OF SERVICE**

State of California, County of Monterey: I am employed in the county referenced above. I am over the age of eighteen years and not a party to the within action. My business address is 2460 Garden Road, Suite C, Monterey, CA 93940. On the date given below I served the within Voluntary Request for Dismissal without prejudice on the following party(s): Leslie Karen Crary, Esq.; GORDON-REES, 275 Battery Street, Suite 2000, San Francisco, CA 94111, Facsimile: 415-986-8054 by Mail: Being familiar with the regular mail processing practices of the Law Offices of Gerstl & Hudson, where outgoing mail is collected and deposited daily with the United States Postal Service during the ordinary course of business, I sealed the document(s) referred to above in an envelope with postage thereon fully prepaid, addressed as above and by Facsimile Transmission: I caused the document(s) referred to above to be transmitted by FAX to the FAX telephone numbers described above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Monterey, California, July 28, 2010.

_____
COLLEEN M. MILLER, Declarant

1